Name: Dwight Junior McCullough
Prison Number: 941549
Place of confinement: Anchorage Correction Complex East
Mailing address: 1400 East 4th Ave
City, State, Zip: Anchorage, AK 99501
Telephone:

RECEIVED
SEP 23 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Dwight Junior McCullough
(Enter full name of plaintiff in this action)

Plaintiff,

Case No. _____
(To be supplied by Court)

vs.

Detective Michele Logan, Anchorage Police Department, District Attorney's office, Anchorage, Alaska
(Enter full names of defendant(s) in this action. Do NOT use et al.)

Defendant(s).

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Dwight McCullough JR.
(print your name)

who presently resides at 1400 East 4th Ave. Anchorage, AK 99501
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Michele L. Logan__ is a citizen of
(name)
__Alaska__, and is employed as a __Detective__.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Anchorage Police Department__ is a citizen of
(name)
__Alaska__, and is employed as a __Police Department__.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Anchorage District Attorney__ is a citizen of
(name)
_____, and is employed as a __District Attorney__.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

**Claim 1**: On or about April 28, 2020 (Date), my civil right to Due Process (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.) was violated by Detective Michele Logan (Name of the specific Defendant who violated this right)

**Supporting Facts** (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1):

On April 28, 2020 Detective Michele Logan of the Anchorage Police Department with sufficient evidence to negate any probable cause, sought an arrest warrant, with an affidavit that contained false information by deliberately concealing exculpatory evidence from the Judge signing the warrant. The information withheld is as follows: 1.) On April 22, 2020 Lithia Kia of Anchorage repossessed the 2019 Dodge Durango from my residence and yes within 1 hour their keys were returned to the dealership. 2.) American Credit Acceptance (Third Party Lender) chose not to extend financing to me on 4-21-2020 due to charge-off on credit. 3.) I tried to verify the authenticity of the check before delivering it to the dealership. 4.) Lithia Kia of Anchorage never returned any of my down payment as they were supposed to under Alaska Statute 45.25.610(d). 5. Parties signed a contract for sale in good faith and on spot delivery contingent on final financing approval from Third party Lender. 6.) Detective Logan never mentions in affidavit that she is also the investigator on my 2017 case and that she never alerted my parole officer of a potential crime by myself

that she so called alleged. On April 21, 2020 when in fact Lithia Kia filed a police for repossession my parole should have been notified if Lithia Kia filed for fraud. 7.) Detective never explains how she ever did get involved in the case when Lithia Kia only filed a police report to repossess the vehicle. 8.) Failed to inform Judge that Lithia Kia and I quashed everything on 4-22-2020 with the return of keys, so why on 4-29-2020 am I getting arrested for a stolen vehicle. 9.) All actions between Lithia Kia and I all fall under civil procedures for a civil case not criminal. The detectives violation of due process is completely and utterly malicious and is clearly an abuse of process and vindictiveness as well.

Claim 2: On or about __April 28, 2020__, my civil right to
(Date)
__Abuse of Process__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by __Anchorage Police Department__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On April 28, 2020, felony charges were filed on me and an arrest warrant was issued without probable cause and this information from the Anchorage Police Departments Detective Michele Logan contained an affidavit that was presented to the Anchorage District Attorney for prosecuting. All enumerated evidence known to Anchorage Police Department demonstrates that parties executed a contract on 4-10-2020 and no criminal misrepresentations took place nor any theft or scheme to possess the 2019 Dodge Durango existed nor transcribed. Malice and abuse of process may be inferred due to lack of probable cause. A fraudulent Cashiers Check received 4-13-2020 that was never cashed but returned as fraudulent bears the burden of protection under the contract signed 4-10-2020 as it was part of the deferred down payment. Lithia Kia made no report of a fraudulent check chose not to prosecute.; but the same Detective Michele Logan and Anchorage Police Department from previous 2017 case chose to prosecute anyways.

As a result, I suffered my loss of my job at the Hampton Inn where I was arrested. ~~loss~~ of business from my company Privileged and wages from them ~~both~~. Falsely incarcerated for over 5 months, loss of freedom and publically humilated at my job.

Claim 3: On or about __4-29-2020__, my civil right to __Due Process__
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Anchorage District Attorney's office__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On or about 4-29-2020 I Dwight Junior McCullough was arrested on a warrant issued 4-29-2020 by Judge Wallace, the affidavit that was used to obtain the warrant does not have a depiction of probable cause and it also withholds exculpatory evidence from Judge information that would negate me. The affidavit is sworn by an unknown notary whose commission expiration date is unknown as well (Exhibit A). The Prosecutor of the State of Alaska overseeing the case has refused to look at the evidence negating me but rather look at my history. My rights have been violated by the fact that I have been incarcerated over 5 months and haven't been to court once over this charge, no indictment, no speedy trial, no search warrant to go into my house, seize my car, and no probable cause to arrest me. The State of Alaska insists on prosecuting a charge that the victim is me and no one else. The State of Alaska is prosecuting what should of been a civil

case, criminally. A violation of my due process by the state of Alaska by not having me court either physically or telephonically, also by returning an indictment in allotted time allowed. Unreasonable search and seizure of my property upon no probable cause being existant. The Prosecutors duties is not to prosecute a charge that they know is not supported by probable cause, not by someone's history or background. Due to Prosecutorial Misconduct, Malicious prosecution and malicious abuse of process my Civil rights have been violated and there is no justification for it. District Attorney's office in Anchorage, Alaska has allowed this to proceed for over 5 months without no evidence, no probable cause and faslified documents to obtain a warrant.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts involved in this action, or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _X_ Yes ___ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: I am in danger of the Detective Logan falsifying documents, sending people after me to harm me or just putting extra police detail just for me to silince me for good.

Prisoner § 1983 - 7
PS01. Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 1$250,000

2. Punitive damages in the amount of $ 100,000

3. An order requiring defendant(s) to refrain from coming near me

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __X__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage, Alaska on September 18, 2020
              (Location)               (Date)

_[signature]_
(Plaintiff's Signature)

_____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Junior McCullough #741549
Correctional Complex East
1400 E 4th Ave.
Anchorage, AK 99501

United States District Court Clerk
US Federal Courthouse
222 West 7th Ave.
Anchorage, AK 99513